AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DERRICK SHERROD GALVIN | ) Case No: 4:98cr00091-16 JMM |
| | ) USM No: 21497-009 |
| Date of Previous Judgment: May 25, 1999 | ) J. Blake Hendrix |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __200 months__ months **is reduced to** __160 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Defendant's remaining arguments for reduction of sentence are not covered by 18 USC § 3582(c)(2).

Except as provided above, all provisions of the judgment dated __5/25/1999__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: June 16, 2008

/s/ James M. Moody
Judge's signature

Effective Date: _____
(if different from order date)

James M. Moody, United States District Judge
Printed name and title